IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Michael Makasjian, et al,<br><br>Defendants. | CASE NO. 8:20-cv-00311-TJH-PLAx<br><br>[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, and Defendants Michael Makasjian, individually and d/b/a Hurricanes Bar and Grill and Hurricane Bar and Grill, Inc., an unknown business entity d/b/a Hurricanes Bar and Grill that the above-entitled action is

hereby dismissed **with prejudice** against Michael Makasjian and Hurricane Bar and Grill, Inc. and in its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 9, 2021

*Terry J. Hatter, Jr.*
Terry J. Hatter, Jr.
United States District Judge

///

///

///

///

///

///

///

///

///